UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG - 2 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DESHAWN CARLISLE, | ) |
| | ) |
| Defendant. | ) |

# 4:17CR346 HEA/PLC

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 30, 2017, in the City of St. Louis, within the Eastern District of

Missouri,

**DESHAWN CARLISLE,**

the Defendant herein, having been lawfully confined to the custody of the Attorney General or his

or her authorized representative by virtue of his conviction in the United States District Court for

the Southern District of Illinois in Case No. 3:16 CR 30034-001 MJR, did knowingly escape from

said custody.

In violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

FOREPERSON

CARRIE COSTANTIN
Acting United States Attorney

LINDA LANE, # 0011451IA
Assistant United States Attorney